# United States Bankruptcy Court
## Western District of Pennsylvania

In re  **Lance A Ross**                                                                 Case No.  **11-70403**
                                      Debtor(s)                                         Chapter   **13**

## PAYMENT ADVICES COVER SHEET
## UNDER 11 U.S.C. § 521(a)(1)(B)(iv)

I, **Lance A Ross**, declare under penalty of perjury that the foregoing is true and correct (CHECK ONE OF THESE BOXES):

■  I have not been employed by any employer within the 60 days before the date of the filing of the petition.

☐  I was employed by an employer within 60 days before the date I filed my bankruptcy petition, but I have not received payment advices or other evidence of payment because __

☐  I have received payment advices or other evidence of payment within 60 days before the date I filed my bankruptcy petition from any employer, and they are attached.


Date  **April 14, 2011**                    Signature  **/s/ Lance A Ross**
                                                       **Lance A Ross**
                                                       Debtor